Charles G. Miller, State Bar No. 39272
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendants
FASTBUCKS FRANCHISE CORPORATION and
CHARLES HORTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGE FUND CAPITAL CORPORATION, a California corporation; and BIG BAD 1, LLC, a California limited liability company,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FASTBUCKS FRANCHISE CORPORATION, a Nevada corporation; and CHARLES HORTON, an individual; and DOES 1-50,<br><br>　　　　　Defendants. | No. 2:08-cv-00767-MCE-EFB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　　The Parties hereto, through their attorneys of record, previously stipulated to an initial thirty (30) days to respond to the Complaint, with a response due on May 16, 2008. Local counsel for defendants is currently in Washington D.C. at a business conference. In-house counsel for defendant FastBucks Franchise Corp. has been engaged in a trial. It was anticipated by defendants' counsel that the response, including a motion to stay under 9 USC § 3, could be filed by May 16, 2008, but due to the above developments and certain other unanticipated events, defendants will need additional time to prepare an appropriate response to the complaint.

-1-

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT -- CASE NO. CV-00767 MCE-EFB

2232.000/369718.1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs' counsel have agreed, pursuant to Local Rule 6-144(a), to an additional extension of
2  time, and have requested that defendants schedule any motion directed to the complaint for hearing
3  so that they would have twenty-one (21) days to respond. Defendants have so agreed.
4  Accordingly, it is hereby stipulated that defendants may have up to and including May 30, 2008 to
5  respond to the Complaint.

6  DATED: May 12, 2008                    BARTKO, ZANKEL, TARRANT & MILLER
                                          A Professional Corporation

                                          By _____
                                             Charles G. Miller
                                             Attorneys for Defendants
                                             FASTBUCKS FRANCHISE CORPORATION and
                                             CHARLES HORTON

    DATED: May 12, 2008                    LAGARIAS & BOULTER LLP

                                          By _____
                                             Peter C. Lagarias
                                             Attorneys for Plaintiffs
                                             BRIDGE FUND CAPITAL CORPORATION and
                                             BIG BAD 1, LLC

    IT IS SO ORDERED:

    DATED: May 15, 2008

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE

-2-

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT -- CASE NO. CV-00767 MCE-EFB

2232.000/369718.1

PDF created with pdfFactory trial version www.pdffactory.com