1  Charles G. Miller, State Bar No. 39272
   BARTKO, ZANKEL, TARRANT & MILLER
2  A Professional Corporation
   900 Front Street, Suite 300
3  San Francisco, California  94111
   Telephone: (415) 956-1900
4  Facsimile: (415) 956-1152

5  Stephen L. Solomon, Esq. (*Admitted Pro Hac Vice*)
   FASTBUCKS HOLDING CORPORATION
6  7920 Belt Line Road, Suite 600
   Dallas, TX  75254-8154
7  Telephone:  (972) 490-3330
   Facsimile:  (866) 212-4074
8
   Attorneys for Defendants
9  FASTBUCKS FRANCHISE CORPORATION and
   CHARLES HORTON
10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

14  BRIDGE FUND CAPITAL CORPORATION,    )   No. 2:08 CV-00767 MCE-EFB
    a California corporation; and BIG BAD 1, LLC, )
15  a California limited liability company,  )
                                             )   **STIPULATION AND ORDER TO**
16           Plaintiffs,                     )   **EXTEND TIME IN WHICH TO FILE**
                                             )   **JOINT STATUS REPORT**
17      v.                                   )
                                             )
18  FASTBUCKS FRANCHISE CORPORATION,  )
    a Nevada corporation; CHARLES HORTON,    )
19  an individual; and DOES 1-50,            )
                                             )
20           Defendants.                     )
                                             )
21

22          WHEREAS, this action was removed to this Court on April 10, 2008;

23          WHEREAS on May 12, 2008, the parties stipulated that Defendants could have an

24  additional 21 days to respond to the Complaint;

25          WHEREAS on May 30, 2008, Defendants filed a Motion for Order Dismissing

26  Action (F.R.C.P. 12b(1) and 6)), or, in the Alternative, Staying Action Pending Arbitration (9

27  U.S.C. § 3) which has been set for hearing for July 25, 2008;

28
                                         -1-

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS on July 3, 2008, plaintiffs filed their opposition to said motion;

2  WHEREAS, defendants' reply to the opposition is due on July 18, 2008;

3  WHEREAS, the pending motion seeks dismissal of the case or, in the alternative, a
4  stay pending arbitration;

5  WHEREAS, the parties believe, as plaintiffs have opposed the motion to be decided
6  as noticed, it will be beneficial for the efficient prosecution of this case to await a determination on
7  said motion before engaging in discovery and the preparation of a Joint Status Report;

8  NOW THEREFORE, the parties hereby Stipulate that they have 30 days from the
9  decision of the Court on the pending motions in which to file their Joint Status Report, and that a
10 new joint status conference be set for a convenient date two weeks thereafter.

11 DATED: July ___, 2008

12                                        BARTKO, ZANKEL, TARRANT & MILLER
13                                        A Professional Corporation

14                                        By _____
15                                              Charles G. Miller
                                               Attorneys for Defendants

16
17 DATED: July ___, 2008

18                                        LAGARIAS & BOULTER, LLP

19
20                                        By _____
                                                Peter C. Lagarias
                                                Attorneys for Plaintiffs

-2-

2232.000/381981.1         STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE
                          JOINT STATUS REPORT -- Case Number 2:08-CV-00767-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Based on the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the parties have up to and including 30 days from the date of the Order on the Motion for Order Dismissing Action (F.R.C.P. 12b(1) and 6)), or, in the Alternative, Staying Action Pending Arbitration (9 U.S.C. § 3) in which to file their Joint Status Report.

Dated: July 28, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-

2232.000/381981.1   STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME IN WHICH TO FILE JOINT STATUS REPORT -- Case Number 2:08-CV-00767-MCE-EFB

PDF created with pdfFactory trial version www.pdffactory.com