1 | MENNEMEIER, GLASSMAN & STROUD LLP
2 | MARGARET CAREW TOLEDO (SBN 181227)
    980 9th Street, Suite 1700
    Sacramento, CA 95814
3 | Telephone:   916-553-4000
    Facsimile:   916-553-4011
4 | email:       toledo@mgslaw.com

5 | FASTBUCKS FRANCHISE CORPORATION
    STEPHEN L. SOLOMON (Texas State Bar No. 18833300)
6 | (Admitted Pro Hac Vice)
    7920 Belt Line Road, Suite 600
7 | Dallas, Texas 75254-8154
    Telephone:   972-490-3330, Ext. 101
8 | Facsimile:   866-212-4074
    email:       ssolomon@fastbucks.com

Attorneys for Defendants Fastbucks Franchise
Corporation and Charles Horton

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGE FUND CAPITAL CORPORATION, a California corporation; and BIG BAD 1, LLC, a California limited liability company, <br><br>  Plaintiffs, <br><br> v. <br><br> FASTBUCKS FRANCHISE CORPORATION, a Nevada corporation; and CHARLES HORTON, an individual; and DOES 1-50, <br><br>  Defendants. | District Court No. 2:08-cv-00767-MCE-EFB <br><br> STIPULATION TO STAY ACTION PENDING NINTH CIRCUIT MEDIATION AND EXTENSION OF TIME TO FILE AMENDED JOINT STATUS REPORT; ORDER |

Plaintiffs Bridge Fund Capital Corporation and Big Bad 1, LLC (collectively "Plaintiffs") and defendants Fastbucks Franchise Corporation and Charles Horton (collectively "Defendants"), by and through their counsel of record, do hereby agree and stipulate as follows:

1. Upon approval of the Court, the above-captioned action shall be stayed until January 1, 2009. The stay will permit the parties to participate in the Ninth Circuit's mediation program.

2. Upon approval of the Court, the deadline to file the Amended Joint Status Report shall be extended 30 days, up to and including February 13, 2009.

Dated: October 22, 2008          LAGARIAS & BOUTLER, LLP


By:_____
     Peter C. Lagarias
     Attorneys for Plaintiffs Bridge Fund Capital
     Corporation and Big Bad 1, LLC


Dated: October 22, 2008          MENNEMEIER, GLASSMAN & STROUD LLP


By:_____
     Margaret Carew Toledo
     Attorneys for Defendants Fastbucks
     Franchise Corporation and Charles Horton

1 | Dated: October 22, 2008        FASTBUCKS FRANCHISE CORPORATION

By: _____
     Stephen L. Solomon
     Attorneys for Defendants Fastbucks
     Franchise Corporation and Charles Horton

**ORDER**

IT IS SO ORDERED.

Dated: October 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE